To who it may concern: Courts Judge Meiers
From Ronald Haas & Diana Haas

My wife I filed for bankruptcy back in February 2018. We hired Aaron Tolson in February 2018. We feel that we was not represented properly. He left us hanging with you and courts. We was told we had to pay back taxes etc. We talked with Mr. Tolson about making payments or when the money needs to be payed. We finnaly recieved a notice in the mail that we had about a week to pay the money. We did not have all the money yet. About two weeks after the deadlne we had there was to be judgement money. Against us. Mr. Tolson informed its to late there was nothing we can do to get a discharge. We never was given a date until the final notice. We did pay the judgment in January 2020. Mine PSTD has high and hard to deal with day to day. So I would like to get a discharge of our bankruptcy so it could make my life & mine wifes life better.

Chapter 7 Bankruptcy Discharge

Also Mr. Aaron Tolson sent his Final Bill And he is no longer Recepinting us.

Ronald Haas
Diana Haas

*ATTN: Judge Meier*

R. Sam Hopkins, Chapter 7 Trustee
Correspondence email: samhopkins@cableone.net
P O Box 3014
Pocatello, ID 83206
Telephone: (208) 478-7978

*[Stamp: U.S. COURTS, Rec'd FEB 20 2020, Filed, STEPHEN W. KENYON, CLERK, DISTRICT OF IDAHO, Time 11 am]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | ) | Case No. 18-40105 |
|---|---|---|
| HAAS, RONALD LYLE | ) | Chapter 7 |
| HAAS, DIANA LYNN | ) | |
| | ) | **TRUSTEE'S OBJECTION TO** |
| | ) | **CLAIMS AND NOTICE** |
| Debtors | ) | |

TO:    IDAHO CENTRAL CREDIT UNION
       ATTN: NORM DUNKER, SR MEMBER
       PO BOX 2469
       POCATELLO, ID 83206

<u>NOTICE OF OBJECTION TO CLAIM</u>

**YOU ARE HEREBY NOTIFIED** that the Trustee has filed an objection to the allowance of your <u>claim no. 17 and claim no. 18 filed on 11/09/2018</u> in this bankruptcy case.

**<u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney, if you have one.**

**YOU ARE FURTHER NOTIFIED** that if you do not want the Court to eliminate or change your claim and you wish to contest with the Trustee's objection to your claim, a written reply to the objection, explaining your position, must be filed in duplicate within thirty (30) days from the date this objection is mailed. File the original (1) with the <u>Clerk of the U.S. Bankruptcy Court, Federal Building, 801 E. Sherman, Pocatello, ID 83201,</u> and (2) a copy with the Trustee. *If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the end of the thirty (30) day period.*

**YOU ARE FURTHER NOTIFIED** that if the objection is a matter, which can be corrected by filing an amended claim, you may do so prior to the expiration of the thirty (30) day period. Failure to file a written reply will result in the Trustee requesting that the Court enter an Order disallowing the claim to the extent objected to. If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim and may grant the Trustee's request.

<u>**OBJECTION**</u>

Claim filed as secured and unsecured. Claimant should be fully secured in a 2013 VW Jetta and a 2017 Dodge Ram. Claim should be allowed as fully secured and disallowed for distribution from estate funds.

Dated this Thursday, September 19, 2019.     /s/ R. Sam Hopkins
                                             R. SAM HOPKINS, TRUSTEE

*Also there is Two Vehicle, we ask Anora Tolson when return them Back to Bank, He said Just hang to them never contacted us since, we would like know what to due with them for I daho central credit union. To Turn them Back to Bank*

Ronald Hess
Diana Hess
1244 E 820 N
Richfield ID 83349

Clerk of the BK Courts
801 E Sherman St Rm 119
Pocatello, ID 83201

ATTN:
Judge Meier
Case # 18-40105

BOISE ID 837
18 FEB 2020 PM 2 T